# EXHIBIT A

ELECTRONICALLY FILED - 2021 Oct 18 7:55 AM - OCONEE - COMMON PLEAS - CASE#2021CP3700702

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** ) | **IN THE COURT OF COMMON PLEAS** |
| ) | |
| **COUNTY OF OCONEE** ) | **Civil Action No.: 21-CP-** |
| ) | |
| **EARNIE LEE HESS** ) | |
| ) | |
| Plaintiff, ) | **SUMMONS** |
| vs. ) | |
| ) | |
| **THOMAS BRADLEY SMITH, and** ) | |
| **DIAMOND S. VENTURES INC.,** ) | |
| ) | |
| Defendants. ) | |

TO THE DEFENDANTS ABOVE-NAMED:    THOMAS BRADLEY SMITH, and
                                  DIAMOND S. VENTURES, INC.

     YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

     This the _____ day of October, 2021.

     s/ Brittany N. Conner
     S.C. Bar No. 103872
     DEVORE, ACTON and STAFFORD, P.A.
     438 Queens Road
     Charlotte, NC 28207
     Tel: 704-377-5242
     Fax: 704-332-2825
     bconner@devact.com
     *Attorney for Plaintiff*

ELECTRONICALLY FILED - 2021 Oct 18 7:55 AM - OCONEE - COMMON PLEAS - CASE#2021CP3700702

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** ) | **IN THE COURT OF COMMON PLEAS** |
| ) | |
| **COUNTY OF OCONEE** ) | **Civil Action No.: 21-CP-** |
| ) | |
| **EARNIE LEE HESS** ) | |
| ) | |
| **Plaintiffs,** ) | **COMPLAINT** |
| vs. ) | **(JURY TRIAL DEMANDED)** |
| ) | |
| **THOMAS BRADLEY SMITH, and** ) | |
| **DIAMOND S. VENTURES INC.,** ) | |
| **Defendants.** ) | |

NOW COMES Plaintiff, Earnie Lee Hess, by and through their attorneys, Brittany Conner, and the law firm of DeVore, Acton and Stafford, PA, and complaining of Defendants, jointly and severally, alleges and says:

1. Plaintiff Earnie Less Hess, is a citizen and resident of Connelly Springs, Burke County, North Carolina.

2. Defendant Thomas Bradley Smith is a citizen and resident of Melbourne, Clayton Marshall, Iowa.

3. Defendant Diamond S. Ventures, Inc. is a Missouri corporation, with its principal place of business in Bethany, Harrison County, Missouri, and was doing business in, Seneca, Oconee County, South Carolina at all relevant times alleged herein.

4. All the following allegations in this Complaint occurred in Seneca, Oconee County, South Carolina and that the court therefore has proper jurisdiction to hear this matter under South Carolina Code §15-7-30 (C).

5. On or about November 3, 2018, at approximately 1:22 p.m., Plaintiff Hess was operating a 2007 truck vehicle that was traveling in a northern direction on I-85 in Seneca, Oconee County, South Carolina, and said vehicle was being operating in a proper manner, in full compliance with the laws of the state of S.C. Ann. §15-77-30 (C).

6. At said time and place, Defendant Smith was operating a 2019 truck vehicle, owned by Defendant Diamond S. Ventures, in a northern direction on I-85 in Seneca, Oconee County, South Carolina.

ELECTRONICALLY FILED - 2021 Oct 18 7:55 AM - OCONEE - COMMON PLEAS - CASE#2021CP3700702

7. Upon information and belief, at all relevant times, Defendant Smith was operating the vehicle with the express and/or implied permission of Defendant Diamond S. Ventures, Inc. and was acting as an employee and/or agent of Defendant Diamond S. Ventures, Inc., in the course and scope of said employment or agency.

8. At the time and place mentioned above, Plaintiff Hess was lawfully traveling northbound on I-85, when Defendant Smith was traveling too fast for conditions and collided with the rear end of Plaintiff's truck, and resulting in severe and painful injuries and damages to Plaintiffs as more particularly described hereinafter.

## FOR A FIRST CAUSE OF ACTION
## NEGLIGENCE OF DEFENDANT THOMAS BRADLEY SMITH

9. Plaintiffs incorporate the herein by reference the allegations of Paragraphs 1-8 as if fully set forth herein.

10. At all times hereto, Defendant Smith was a professional driver with a commercial driver's license.

11. At all times material hereon, Defendant Smith was driving a commercial motor vehicle in interstate commerce and was subject not only to South Carolina traffic laws and trucking safety regulations, but also the Federal Motor Carrier Safety Regulations.

12. Defendant Smith was grossly negligent in the operation of the tractor-trailer he was driving in at least the following ways:

   a. In choosing to drive while distracted;

   b. operated the vehicle upon a highway without due care, caution and circumspection, in a careless and reckless manner, and at a speed and in a manner so as to endanger or be likely to endanger the persons or property of others, including Plaintiff herein;

   c. failed to keep the vehicle under proper control;

   d. failed to keep a proper lookout in his direction of travel;

   e. operated the vehicle at an excessive rate of speed, or a speed greater than was reasonable and prudent under the conditions then and there existing;

   f. failed to reduce the speed of the vehicle in order to avoid a collision;

   g. in violating applicable sections of the Federal Motor Safety Regulations, which violations constitute *negligence per se*; and

ELECTRONICALLY FILED - 2021 Oct 18 7:55 AM - OCONEE - COMMON PLEAS - CASE#2021CP3700702

      h. operated the vehicle in a manner that was otherwise careless and grossly negligent.

13. As a direct and proximate result of the aforesaid collision and the gross negligence and breach of duty of Defendant Smith, Plaintiff Hess has sustained severe and painful injuries to his person, and all of Plaintiff Hess' aforesaid injuries and damages have caused him to suffer physical pain, suffering and mental anguish for a significant period of time.

14. As a direct and proximate result of the aforesaid collision and the gross negligence and breach of duty of Defendants, Plaintiff Hess has become obligated for the payment of sums of money for doctor bills, prescriptions and other medical care, attention and treatment, for himself.

15. Defendant Smith is liable to for all damages allowed by law for the injuries, damages, and losses sustained by Plaintiff in this case.

## FOR A SECOND CAUSE OF ACTION
## NEGLIGENCE OF DIAMOND S. VENTURES, INC.

16. Plaintiffs incorporate the foregoing allegations and Paragraphs 1-15 as if fully set forth herein.

17. At all times material hereto, Defendant Smith, was an employee or agent of Defendant Diamond S. Ventures acting within the scope and course of his employment or agency.

18. Defendant Diamond S. Ventures, Inc. is liable for the gross negligent actions and omissions of Defendant Smith pursuant to the doctrine of *respondeat superior* and the rules of agency.

19. As an employer, Defendant Diamond S. Ventures, Inc., was negligent in hiring, training, entrusting, supervising, and retaining Defendant Smith in connection with his operation of a commercial motor vehicle, and for otherwise failing to act as a reasonable and prudent trucking company under the same or similar circumstances.

20. Defendant Diamond S. Ventures Inc. was at all relevant times a motor carrier as defined by the Federal Motor Carrier Safety Regulations and was engaged in interstate commerce. As such, Defendant Diamond S. Ventures was at all relevant times subject to the Federal Motor Carrier Safety Regulations.

21. As a motor earner, Defendant Diamond S. Ventures Inc. had certain duties and responsibilities as defined by the Federal Motor Carrier Safety Regulations and industry standards, including, but not limited to, the duty to properly qualify Defendant Smith, the duty to properly train Defendant Smith, the duty to supervise the hours of service of Defendant Smith, the duty to properly maintain its vehicles, and the duty to otherwise establish and implement necessary management controls and systems for the safe operation of its commercial motor vehicles.

22. Defendant Diamond S. Ventures Inc. was also <u>independently</u> negligent failing to meet its duties and responsibilities under the Federal Motor Carrier Safety Regulations and industry standards.

23. As a direct and proximate result of the aforesaid collision and the gross negligence and breach of duty of Defendants, Plaintiff Hess has become obligated for the payment of sums of money for doctor bills, prescriptions and other medical care, attention and treatment, for himself.

24. Defendant Diamond S. Ventures Inc. is liable to for all damages allowed by law for the injuries, damages, and losses sustained by Plaintiffs in this case.

WHEREFORE, Plaintiffs prays for a judgment against Defendants, jointly and severally, as follows:

1. That Plaintiff have and recover of Defendants actual damages sufficient to compensate them for their personal injuries and damages as set out above, together with interest thereon at the statutory rate;

2. That all issues of fact be tried by a jury;

3. That the costs of this action be taxed against Defendants;

4. That Plaintiffs' attorney be awarded an attorney fee in addition to the amount recovered by Plaintiff in accordance with applicable law;

5. Punitive damages be awarded in an amount the jury believes to be just and fair; and

6. That Plaintiffs be awarded such other, further and different relief to which the Court may deem Plaintiffs are entitled.

This the _____ day of October, 2021.

s/ Brittany N. Conner
S.C. Bar No. 103872
DEVORE, ACTON and STAFFORD, P.A.
438 Queens Road
Charlotte, NC 28207
Tel: 704-377-5242
Fax: 704-332-2825
bconner@devact.com
*Attorney for Plaintiff*

ELECTRONICALLY FILED - 2021 Oct 18 7:55 AM - OCONEE - COMMON PLEAS - CASE#2021CP3700702

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF OCONEE ) | Civil Action No.: 2021-CP-3700702 |

STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS

COUNTY OF OCONEE ) Civil Action No.: 2021-CP-3700702

EARNIE LEE HESS

        Plaintiff,           AFFIDAVIT OF SERVICE

    vs.

THOMAS BRADLEY SMITH, and
DIAMOND S. VENTURES INC.,

        Defendants.

NOW COMES Brittany N. Conner, after being first duly sworn, and deposes and says:

1. That I am the attorney for the plaintiff in the above-captioned matter.

2. The Civil Summons & Complaint were served on defendant Thomas Bradley Smith at 3025 Hart Avenue, Melbourne, IA 50162.

3. That on November 5, 2021, I caused to be deposited the Civil Summons and Complaint in a U.S. Postal Service Depository to defendant with tracking number 7020 3160 0000 5703 0734 and on November 12, 2021, the Civil Summons and Complaint were received by defendant. Attached hereto as Exhibit A is the tracking and delivery information from U.S. Postal Service.

This the 22nd day of November, 2021.

                                                s/ Brittany N. Conner
                                                S.C. Bar No. 103872
                                                DEVORE, ACTON and STAFFORD, P.A.
                                                438 Queens Road
                                                Charlotte, NC 28207

STATE OF NORTH CAROLINA              Tel: 704-377-5242
COUNTY OF MECKLENBURG                Fax: 704-332-2825
                                                  bconner@devact.com
SWORN TO and subscribed before me this    Attorney for Plaintiff
22nd day of November, 2021.

_____
Notary Public
My Commission Expires:   5/17/26



ELECTRONICALLY FILED - 2021 Nov 22 4:24 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700702





ELECTRONICALLY FILED - 2021 Nov 22 4:24 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700702